# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYCE RUSSELL VAN DUISEN,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 83453

FILED

SEP 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order revoking probation and amended judgment of conviction. Third Judicial District Court, Lyon County; John Schlegelmilch, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the order revoking probation and amended judgment of conviction on June 17, 2021. Appellant did not file the notice of appeal, however, until August 31, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. John Schlegelmilch, District Judge
Walther Law Offices, PLLC
Attorney General/Carson City
Lyon County District Attorney
Third District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A